# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

TONY JOSEPH TABOR

NO. 2020 KW 1280

CONSOLIDATED WITH

NO. 2021 KW 0016

**MARCH 2, 2021**

In Re:    Tony Joseph Tabor, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 447,948.

**BEFORE:    GUIDRY, McCLENDON, AND LANIER, JJ.**

**WRIT DENIED.** The records of the Terrebonne Parish Clerk of Court's Office reflect that the district court denied relator's habeas corpus/postconviction relief motions on October 8, 2020 and December 10, 2020. Furthermore, the clerk's office has no record of relator filing a motion to correct an illegal sentence after November 1, 2020. Moreover, the claim in the petition for a writ of habeas corpus is without merit.

**JMG**
**PMc**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT